IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-00152-BO

| | | |
|---|---|---|
| SHEILA KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DISMISSAL** |
| v. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| PUBLIC SAFETY, DIVISION OF ADULT | ) | |
| CORRECTION, WILLIAM GARDNER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOW COMES** Plaintiff, Sheila King, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii), with the consent of Defendants N.C. Department of Public Safety and William Gardner, by and through counsel, and hereby files this Stipulation of Dismissal, dismissing all claims she has against these Defendants with prejudice. Each party shall bear their own attorneys fees and costs.

Respectfully submitted this 3rd day of April 2014.

                    __/s/ Michael C. Byrne_____
                    Michael C. Byrne, Esq.
                    LAW OFFICES OF MICHAEL C. BYRNE
                    150 Fayetteville Street, Suite 1130
                    Raleigh, NC  2760
                    Michael@mcbyrnelaw.com

**Consent By:**

s/Tamika L. Henderson
Tamika L. Henderson
Assistant Attorney General
Attorney for Defendants
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina  27602-0629
Telephone:  (919) 716-6566
Fax:            (919) 716-6761
E-mail:        tlhenderson@ncdoj.gov

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3rd April 2014, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Tamika L. Henderson
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina  27602-0629
E-mail: tlhenderson@ncdoj.gov

Respectfully submitted,

__/s/ Michael C. Byrne_____
Michael C. Byrne, Esq.